# United States District Court
## For The Western District of North Carolina
## Asheville Division

WILLIAM LITTLEJOHN JR.,,

        Petitioner,                           JUDGMENT IN A CIVIL CASE

vs.                                      1:09CV306-3-MU

SID HARKLEROAD,,

        Respondent.

DECISION BY COURT.  This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 9/1/09 Order.

                                    FRANK G. JOHNS, CLERK

September 1, 2009

                                    *s/Elizabeth J. Barton*

                BY: _____

                             Elizabeth J. Barton, Deputy Clerk